To: U.S. District Court - Western District  5-24-22
300 Fannin St, Ste 1167
Shreveport, LA 71101

From: Robert S. Tabak 506777
Southeast Correctional Center
300 East Pedro Simmons Drive
Charleston, MO. 63834

I am now doing a special mailing, I am asking everyone to tell everyone that they know and the organizations that they are in contact with about the following resources.

U.S. Department of Justice
Office of Justice Programs
National Institute of Justice Journal
8660 Cherry Lane
Laurel, MD. 20707-4651
(301) 240-7760  1(800) 851-3420
NIJ.ojp.gov., keyword: Contact

I think everyone should read there Issue No. 283- 10/2021 Focus on: Children and Youth

Free Minds now has a book about Juvenal Justic
When You Hear Me You Hear Us-Voices on Youth Incarceration
Copyright ©2021 Freeminds Book Club+ Writing Workshop
First Published 2021 by Shout Mouse Press
ISBN: 9781950807345 (paperback)/9781950807369 (hardcover)
All poetry and prose printed with permission from the authors. All rights reserved by Free Minds Book Club + Writing Workshop and the Authors

Free Minds Book Club + Writing Workshop is a DC based non-profit organization that works with Incarcerated and formerly Incarcerated youth and adults using the

pg. 1

literary arts, workforce development, trauma healing, and advocacy to create personal and societal change. Shout Mouse Press is a non-profit Writing and Publishing Program dedicated to amplifying Underheard Voices. Learn more about our full catalog at:

Shout Mouse Press
1638 R. Street NW, suite 218
Washington, D.C. 20009
www.shoutmousepress.org

Trade distribution: Ingram Publisher Services International for Information about Special Discounts and bulk purchases please contact Shout Mouse Press at (240) 772-1545 or order@shoutmousepress.org

Prison Journalism Project Launched publication two years ago, contact them at:

J-Pay: jpaymail@prisonjournalismproject.org
Corrlinks: corrlinks@prisonjournalismproject.org
E-mail: submissions@prisonjournalismproject.org
Postal mail for Written Submissions
   Prison Journalism Project
   2093 Philadelphia Pike, #1054
   Claymont, DE 19703
Postal mail for Photos and Art
   Prison Journalism Project
   3504 Southport Ave., #204
   Chicago, IL 60654

"It does not require a majority to prevail, but rather an irate, tireless minority keen to set brush fires in peoples minds" — Samuel Adams

Thank You
Robert S.

Pg 2

The American Prison Writing Archive
c/o Hamilton College: 198 College Hill Road; Clinton, NY 13323-1218

Dear _____ _____:

Thanks for your query. These pages should help you to understand what the APWA is about, why it is being built, and what you need to do to contribute.

The United States incarcerates more of its people and employs more prison staff than any other nation on earth. Yet there is no central location where the public, policy makers, students or researchers can benefit from the many years of first-hand experience of incarcerated people and prison workers. *The American Prison Writing Archive* is an in-progress, internet-based, digital archive of non-fiction essays offering the public first-hand testimony to the living and working conditions experienced by incarcerated people, prison employees, and prison volunteers. Anyone who lives, works, or volunteers inside American prisons can contribute work to the APWA. We seek authors who write with the authority that only first-person experience can bring.

We are open to many styles, but *all submitted essays must draw on first-hand experience.*

All topics are of interest, including descriptions of sources of stress, ways of coping, health care, causes of violence and ways to reduce violence, material conditions, education, employment conditions and the challenges these conditions present, the environment for volunteers, the aging prison population, visions of a better way to operate (personally, politically, institutionally, etc.), reflections on the work of dealing with time inside (for workers as well as imprisoned people), the challenges of physical and psychological survival, public perception and popular depictions of imprisoned people and prison workers, the politics and economics of mass incarceration, what works and why it works, and what doesn't work and why it doesn't work (i.e. practical views on reform), etc. We are open to any testimony about the issues that matter to incarcerated people, prison staff, administrators, corrections officers, teachers, and volunteers.

We value writing that takes thoughtful positions even on passionately felt ideas.

The APWA is intended for researchers and for the general public, to help them understand American prison conditions and the prison's practical effects and place in society. *All the work in the APWA will be accessible to anyone, anywhere in the world with access to the Internet.* The APWA will open the American prison to public observation, and showcase the thinking and writing being produced inside. *The information asked for in the questionnaire is voluntary. The APWA will grow into a massive archive and every added piece of information you offer will help readers to navigate the APWA, making it easier to locate essays relevant to readers' and researchers' specific interests. This is the only purpose that the APWA intends your questionnaire answers to serve—to connect your writing with readers interested in the topics you write about and the perspectives you bring to your writing. Essays will be included in the APWA even if you choose to reveal little or no personal information.*

Once included in the APWA, work will be featured indefinitely unless we receive a written request to remove that work. Contributors can write under pseudonyms or anonymously. We reserve the right to edit or reject work that advocates violence, names names in ongoing legal cases, or libels named individuals. The APWA is not currently accepting poetry or fiction. A *signed* permission sheet *must* be included in order to post work on the APWA. By signing on the signature line below, you are granting us permission to include your work in the APWA. Again, all information offered is voluntary. Leaving blank lines in the questionnaire will not exclude your work from the APWA; it will only limit the reference points by which readers can access your work. *Contributors retain full and unconditional copyright to their work.*

Please pass the APWA address and questionnaire to other incarcerated people and prison workers. (Photocopied, handwritten, or re-typed copies of the questionnaire are acceptable.) There is no deadline. We seek the widest possible gathering of American prison writing, and we will read, scan, and transcribe essays into the APWA on a continuing basis. Previously published work is acceptable if authors retain copyright. Please let us know where and when your essay first appeared, in print or on-line.

Non-fiction essays, based on first-hand experience, should be limited to 5,000 words (15 double-spaced pages). Clearly hand-written pages are welcome. We charge no fees. We read *all* writing submitted.

For more information, write to: APWA, c/o Hamilton College, 198 College Hill Road, Clinton, NY 13323-1218. Parties outside can download the questionnaire at: http://www.dhinitiative.org/projects/apwa/

Sincerely—The APWA Editors